

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

FILED
U.S. MAGISTRATE JUDGE

DATE: Dec. 11, 2020

TIME: 3:50 p.m.

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
LISA C. CARTIER GIROUX
Nevada Bar Number 14040
STEPHANIE N. IHLER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Email: lisa.cartier-giroux@usdoj.gov
Email: stephanie.ihler@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARTY CLARK,<br><br>Defendant. | Case No.: 2:20-mj- 01070-EJY<br><br>**APPLICATION TO SEAL** |

COMES NOW the United States of America, by and through Nicholas A. Trutanich, United States Attorney, and Stephanie Ihler, Assistant United States Attorney, respectfully moves this Honorable Court for an Order sealing the Complaint, this Application and the Court's Sealing Order, in the above-captioned matter, until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

It is necessary for the Complaint in this case to be sealed in light of the fact that it makes reference to information regarding an ongoing investigation. Public disclosure of the information in the Complaint might jeopardize the investigation because Defendant Marty Clark is not yet in custody. Clark is charged with violations of 21 United States Code, Sections 844(i) and 844(f)(1),

specifically with setting fire to the Foley Federal Courthouse Building on November 7, 2020. Although the incident itself has been made public, at the time of its disclosure, the identity of the suspect was unknown. Accordingly, there is reason to believe that the disclosure of the information contained within the Complaint—specifically that law enforcement is now aware of Defendant Marty Clark's identity—will jeopardize the investigation, including by giving Defendant Clark an opportunity to flee, destroy or tamper with evidence, or change patterns of behavior.

To facilitate Clark's arrest, the Government respectfully requests that this Court grant the Government's motion and seal the Complaint in this case, as well as this Motion and the Court's Order on this Motion.

DATED this 11th day of December, 2020.

Respectfully submitted,
NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Stephanie Ihler*

———————————————
STEPHANIE IHLER
Assistant United States Attorney

**FILED**
**U.S. MAGISTRATE JUDGE**

DATE: Dec. 11, 2020

TIME: 3:50 p.m.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARTY CLARK,

Defendant.

Case No. 2:20-mj-01070-EJY

**ORDER TO SEAL**

Based on the pending Application of the Government, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the Complaint, the Government's Application and this Court's Sealing Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 11th day of December, 2020.

_____
HONORABLE ELAYNA YOUCHAH
UNITED STATES MAGISTRATE JUDGE