RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Marty Clark

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00362-APG-NJK |
| Plaintiff, | **ORDER GRANTING**<br>**MOTION FOR LEAVE TO FILE**<br>**EXHIBIT UNDER SEAL** |
| v. | |
| MARTY CLARK, | |
| Defendant. | |

    Undersigned counsel is filing a Response in Opposition to the Government's Motion for Mental Examination of the Defendant Under Federal Rules of Criminal Procedure 12.2(c). Counsel believes this exhibit contains information that will assist the Court in evaluating the Response in Opposition. Because this exhibit contains sensitive psychiatric information, it should be filed under seal and remain under seal. Undersigned counsel will serve the sealed exhibit on the government via electronic mail.

**CONCLUSION**

For the foregoing reasons, undersigned counsel respectfully requests leave to file under seal Mr. Clark's Exhibit to Response in Opposition to the Government's Motion for Mental Examination of the Defendant Under Federal Rules of Criminal Procedure 12.2(c), and requests that the Court maintain it under seal.

DATED: September 16, 2022.

                                              Respectfully submitted,
                                              RENE L. VALLADARES
                                              Federal Public Defender

                                  By:  */s/Joanne L. Diamond*
                                              JOANNE L. DIAMOND
                                              Assistant Federal Public Defender
                                              Attorney for Marty Clark

IT IS SO ORDERED:

_____

DATED: September 19, 2022

2